**Electronically Filed
Supreme Court
SCWC-17-0000004
09-JUN-2021
01:31 PM
Dkt. 9 OGAC**

SCWC-17-0000004

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BRENT K. SYLVESTER
Petitioner/Petitioner-Appellant,

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAIʻI
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000004; CASE NO. 1DAA-16-00003)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Petitioner-Appellant Brent K. Sylvester's

application for writ of certiorari filed on April 20, 2021, is

hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawai'i, June 9, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

